FILED
CLERK, U.S. DISTRICT COURT
MAR 18 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAMON DEL RIO,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>WARDEN J.E. HALL,<br><br>　　　　　Respondent. | NO. EDCV 05-00219-ABC (MAN)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Petitioner's Objections to the Report and Recommendation. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing. Having completed its review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

　　　IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment shall be entered dismissing this action with prejudice.

 1      IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
 2 the Judgment herein on Petitioner and counsel for Respondent.
 3
 4      LET JUDGMENT BE ENTERED ACCORDINGLY.
 5
 6 DATED:    3/18/08   .
 7
 8                                           AUDREY B. COLLINS
 9                                       UNITED STATES DISTRICT JUDGE