FILED
CLERK, U.S. DISTRICT COURT

MAR 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON DEL RIO, | ) NO. EDCV 05-00219-ABC (MAN) |
|         Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN J.E. HALL, | ) |
|         Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: ____3/18/08____ .

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE